IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERESA SEIDMAN and
ELIMELECH SEIDMAN,

    Plaintiff,

v.

HAMILTON BEACH BRANDS,
INC. and AMAZON.COM, INC.,

    Defendants.

Civil Action. No.: 2:24-cv-06033

## ORDER

AND NOW, on this 21st day of March 2025, upon consideration of the Motion of Defendants Hamilton Beach Brands, Inc. and Amazon.com, Inc. to Dismiss the Plaintiffs' Complaint or, in the alternative, to Transfer Venue to the United States District Court for the Western District of Pennsylvania (DKT. 14), Plaintiffs' response (DKT. 13) and Defendants' reply (DKT. 15) it is hereby ORDRED that Defendants' motion is DENIED in part and GRANTED in part as follows:

- Defendants' Motion to Dismiss Plaintiffs' Complaint for Improper Venue is DENIED.

- Defendants' Motion to Transfer Venue to the United States District Court for the Western District of Pennsylvania is GRANTED.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.